UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-21218-CIV-GAYLES/OTAZO-REYES

CASILDA ROMERO,

    Plaintiff,

v.

EMILIA DIAZ-FOX,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Emilia Diaz-Fox's ("Defendant") Urgent Renewed Motion to Compel Heidi Schlamowitz, Court Reporter to Immediately Deliver Full Transcript of Plaintiff's July 2, 2020 Deposition, for a Copy of the Tape of the Deposition and for all Other Appropriate Relief (hereafter, "Motion to Compel") [D.E. 127]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 76]. The undersigned held a telephonic hearing on this matter October 14 and 15, 2020. In accordance with the undersigned's rulings at the telephonic hearing, it is

ORDERED AND ADJUDGED that Defendant's Motion to Compel is **DENIED** based on Court Reporter Heidi Schlamowitz's statement that the electronic and audio tapes sought in the Motion to Compel have not been preserved. Defendant's *ore tenus* request for a forensic examination of the Court Reporter's computer is also **DENIED** as overly intrusive. As an alternative remedy, it is further

ORDERED AND ADJUDGED that Defendant may conduct a supplemental deposition of Plaintiff Casilda Romero ("Plaintiff") on a date and time that is convenient to counsel and

the deponent, limited to two hours in length. The supplemental deposition shall be conducted via Zoom if the deponent or counsel object to appearing in person due to the COVID-19 pandemic. The scope of the supplemental deposition shall be limited to the matters that were not included in the transcript of Plaintiff's July 2, 2020 deposition, as reflected in the notes of counsel for either party; plus a brief and efficient re-direct examination of Plaintiff, given that no re-direct examination took place on July 2, 2020.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of October, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:  United States District Judge Darrin P. Gayles
     Counsel of Record